UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JOSHUA HARRIS, | Civil No. 23-197 (JRT/JFD) |
| Plaintiff, | |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| RAMSEY COUNTY'S COURTS, RAMSEY COUNTY PUBLIC DEFENDANT OFFICE, and ADAM GOLDFINE, | |
| Defendants. | |

Joshua Harris, *address unknown, pro se* plaintiff.

Magistrate Judge John F. Docherty issued a Report and Recommendation on March 14, 2023. (ECF No. 8.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation (ECF No. 8) is **ADOPTED**;

2. Plaintiff Joshua Harris's Application to Proceed in District Court Without Pre-paying Fees or Costs (ECF No. 3) is **DENIED** as moot.

3. Mr. Harris is required to pay the unpaid balance—here, $350.00—of this action's statutory filing fee in the manner prescribed by 28 U.S.C. § 1915(b)(2), and the Clerk of Court is required to provide notice of this requirement to the authorities at the institution where Mr. Harris is confined.

DATED: March 31, 2023
at Minneapolis, Minnesota.

                                          s/John R. Tunheim
                                          JOHN R. TUNHEIM
                                      United States District Judge